## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DJORJO CAMARA,
A 249-252-726,

      Petitioner,

      v.

CRAIG A. LOWE, in his official
capacity as Warden of Pike County
Correctional Facility, et al.,

      Respondents.

CIVIL ACTION NO. 3:26-cv-00128

(SAPORITO, J.)

## ORDER

AND NOW, this 4th day of May, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The petition (Doc. 1) is **GRANTED**;

2.    The government shall either provide Camara with an individualized bond hearing **within twenty-one (21) days** after entry of this order or release Camara on his own recognizance, pursuant to 8 U.S.C. § 1226(a);

3.    At this individualized bond hearing, the government shall bear the burden of proving by clear and convincing evidence that the petitioner's continued detention is necessary to prevent him from fleeing

or harming the community;

4.     The parties shall file a written notice of the outcome of this individualized bond determination by an immigration judge **within seven (7) days** after the date of the hearing; and

5.     The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge